UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-179-1D

UNITED STATES OF AMERICA,

v.   ORDER TO REASSIGN

BETTY TRUESDALE STRICKLAND
    a/k/a "Chip"

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to the Senior Judge James C. Fox.

SO ORDERED.

This the 9 day of June, 2010.

                                                            JAMES C. DEVER
                                                           United States District Court Judge