UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-179-1F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BETTY TRUESDALE STRICKLAND, | ) | |
| Defendant. | ) | |

The motion [DE-45] filed by Defendant's son, Donald Shealey, requesting continuance of this trial or in the alternative, appointment of new counsel is DENIED.

SO ORDERED.

This, the 7th day of March, 2011.

JAMES C. FOX
Senior United States District Judge