UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No: **5:10-CR-179-1F**

UNITED STATES OF AMERICA

vs.  **ORDER**

BETTY TRUESDALE STRICKLAND

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on on March 8, 2011, be turned over to the case agent, Michael Scully, Raleigh Police Department, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 41 | Gun clip |
| 56 | 44 Magnum Revolver |

This  8th  day of  March , 2011.

_____
James C. Fox
Senior U.S. District Judge

Agent's Signature: _____