UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-179-1F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BETTY TRUESDALE STRICKLAND, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Renewed Motion for Judgment of Acquittal [DE-56] pursuant to Rule 29 of the Federal Rules of Criminal Procedure. The Government has not seen fit to file a written opposition to Defendant's motion, and the time to do so has passed. This matter therefore is ripe for disposition.

The jury trial for Defendant commenced on March 7, 2011, in this court. At the close of the Government's case-in-chief, Defendant orally moved for a judgment of acquittal as to both counts in the Indictment. After a lengthy and thorough review, the court denied the oral motion. On March 9, 2011, the jury returned a verdict of guilty as to both counts of the Indictment. On March 14, 2011, Defendant renewed her Rule 29 motion. In so far as Defendant has provided no new grounds for the renewed motion, and as this court has thoroughly examined the arguments already presented in regards to the Rule 29 motion orally submitted during trial, Defendant's Renewed Motion for Judgment of Acquittal [DE-56] is DENIED.

SO ORDERED.

This, the 12th day of April, 2011.

_____
JAMES C. FOX
Senior United States District Judge