IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00179-F-1
No. 5:13-CV-00702-F

| | |
|---|---|
| BETTY TRUESDALE STRICKLAND,<br>Petitioner, | )<br>)<br>) |
| v. | )    **ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>) |

This matter is before the court on Betty Truesdale Strickland's untimely Objections [DE-117] to the Magistrate Judge's November 8, 2016 Memorandum and Recommendation ("M&R").[1] The court has reviewed Strickland's Objections and determined that even if received by this court in a timely manner, it would not have changed the court's decision to adopt the Magistrate Judge's M&R.

SO ORDERED.

This, the __19__ day of January, 2017.

                         _/s/ James C. Fox_
                         JAMES C. FOX
                         Senior United States District Judge

---

[1] The Magistrate Judge's M&R was entered on November 8, 2016, and with a 30-day extension of time, Strickland's Objections were due no later than December 28, 2016. A pleading submitted by a prisoner acting *pro se* is deemed filed on the date it is delivered to prison officials for mailing. *Houston v. Lack*, 487 U.S. 266, 276 (1988); *Lewis v. City of Richmond Police Dep't*, 947 F.2d 733, 736 (4th Cir. 1991). In this case, Strickland's Objections are dated January 12, 2017, and will be deemed filed on this date. *See* Objections [DE-117] at 3.