IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-179-BO-1
No. 5:13-CV-702-BO

BETTY TRUESDALE STRICKLAND, )
    Petitioner, )
  )
v. ) **ORDER**
  )
UNITED STATES OF AMERICA, )
    Respondent. )

This cause comes before the Court on petitioner's motion to recommend residential re-entry center placement and home confinement. [DE 119]. Petitioner asks that this Court recommend that the Bureau of Prisons allow her to serve the last twelve months of her sentence in a combination of a residential re-entry center and home confinement, with six months in each. The Court's recommendation is one of five factors considered by the Bureau of Prisons when designating offenders to places of incarceration. 18 U.S.C. § 3621(b).

Petitioner's motion [DE 119] is DENIED. The Court does not make any recommendation to the Bureau of Prisons. The clerk is DIRECTED to serve a copy of this order on the United States Probation Office and the Bureau of Prisons.

SO ORDERED, this 24 day of September, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE